**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| ALEXIS VARGAS,             )<br>                                              )<br>    Plaintiff,                       )<br>                                              )<br>v.                                           )    Case No. 1:17-cv-02785-GLR<br>                                              )<br>EQUIFAX INFORMATION     )<br>SERVICES, LLC., et al.          )<br>                                              )<br>    Defendants.                   )<br>_____) | |

**MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Rule 15(b) of the Federal Rules of Civil Procedure, the Plaintiff, Alexis Vargas and Defendant Experian Information Solutions, Inc., ("Experian") jointly move this Court to dismiss this case against Experian with prejudice with each party bearing its own costs and attorneys' fees. Accordingly, the parties requested that the Court enter the Proposed Order attached hereto as Exhibit 1.

Respectfully submitted,

 /s/ *Kristi C. Kelly*                              /s/ Daniel D. DeVougas          
Kristi Cahoon Kelly, Esq. (No. 07244)     Daniel D. DeVougas, Esq. (No. 19127)
Kelly & Crandall, PLC                             Jones Day
3925 Chain Bridge Road, Suite 202       51 Louisiana Avenue, NW
Fairfax, Virginia 22030                             Washington, DC 20001
(703) 424-7576 - Telephone                   (202) 879-3939 - Telephone
(703) 591-0167 - Facsimile                     (202) 626-1700 - Facsimile
E-mail:  kkelly@kellyandcrandall.com    E-Mail: ddevougas@jonesday.com
*Counsel for Plaintiff*                               *Counsel for Experian Information Solutions*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

  /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*