IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| ALEXIS VARGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-02785-~~GLR~~ JMC |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, ALEXIS VARGAS, and the Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., in the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., LLC is DISMISSED with prejudice.

AND THIS CAUSE IS ENDED.

Entered this 22 day of MARCH 2018.

~~GEORGE LEVI RUSSELL, III~~ J. Mark Carlson

1